**Larry A. MOUTRAY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42265.**

Missouri Court of Appeals,
Western District.

June 12, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 31, 1990.

Application to Transfer Denied
Sept. 11, 1990.

Robert G. Duncan, Kansas City, for appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

PER CURIAM:

ORDER

Appeal from denial of relief under a motion filed pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).